■ In the Matter of KEVIN WATSON, Petitioner, v GLENN S. GOORD, as Commissioner of Correctional Services, et al., Respondents. [741 NYS2d 754] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent Commissioner of Correctional Services which found petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding to challenge a prison disciplinary determination finding him guilty of violating the prison disciplinary rule that prohibits inmates from participating in demonstrations. The determination was administratively reversed on February 26, 2002 and all references thereto have been expunged from petitioner's institutional records. Inasmuch as petitioner has received all the relief to which he is entitled and is no longer aggrieved, the matter is dismissed as moot (*see, Matter of Curtis v Goord*, 274 AD2d 808; *Matter of Maldonado v Miller*, 259 AD2d 912).

Cardona, P.J., Crew III, Peters, Carpinello and Rose, JJ.,

concur. Adjudged that the petition is dismissed, as moot, without costs.